1   E. MARTIN ESTRADA
    United States Attorney
2   MACK E. JENKINS
    Assistant United States Attorney
3   Chief, Criminal Division
    JEREMY K. BEECHER (Cal. Bar No. 301272)
4   DANBEE C. KIM (Cal. Bar No. 350014)
    Assistant United States Attorneys
5   General Crimes Appeals Section
        1200 United States Courthouse
6       312 North Spring Street
        Los Angeles, California 90012
7       Telephone:    (213) 894-5429/6530
        Facsimile:    (213) 894-0141
8       E-mail:       jeremy.beecher@usdoj.gov
                      danbee.kim2@usdoj.gov
9
10  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
11
12                    UNITED STATES DISTRICT COURT

13              FOR THE CENTRAL DISTRICT OF CALIFORNIA

14
15  UNITED STATES OF AMERICA,          Case No. 2:23-CR-197(A)-SB-2

16          Plaintiff,                 GOVERNMENT'S MOTION TO
                                       DISMISS FIRST SUPERSEDING
17          v.                         INDICTMENT ONLY AS TO JAYLEEN
                                       FEUSIER PURSUANT TO FEDERAL
18  JAYLEEN FEUSIER,                   RULE OF CRIMINAL PROCEDURE
                                       48(a)
19          Defendant.

20

21

22

23          Plaintiff United States of America, by and through its counsel of record, the

24  United States Attorney for the Central District of California and Assistant United States

25  Attorneys Jeremy K. Beecher and Danbee C. Kim, hereby move pursuant to Rule 48(a)

26  of the Federal Rules of Criminal Procedure to dismiss the First Superseding Indictment

27  //

28

in this case (Dkt. 27) <u>only</u> as to defendant JAYLEEN FEUSIER in light of her guilty plea and sentencing on the First Superseding Information (Dkt. 67).

Dated: August 16, 2024          E. MARTIN ESTRADA
                                United States Attorney

                                MACK E. JENKINS
                                Assistant United States Attorney
                                Chief, Criminal Division


                                   /s/
                                _____
                                JEREMY K. BEECHER
                                DANBEE C. KIM
                                Assistant United States Attorneys

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

2