UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No.: | 2:23-cr-00197-SB-2 | Date: | August 13, 2024 |
|---|---|---|---|

Present: The Honorable **STANLEY BLUMENFELD, JR., United States District Judge**

Interpreter: N/A

| Lynnie Fahey | CourtSmart | Danbee C. Kim |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jayleen Feusier | √ | √ | | John Targowski | √ | √ | |

**Proceedings:** SENTENCING (Non-Evidentiary)

Refer to separate Judgment Order.

Defendant informed of right to appeal.

|  | : | 44 |
|---|---|---|

Initials of Deputy Clerk    LFA