JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAYLEEN FEUSIER, <br><br> Defendant. | Case No. 2:23-CR-197-SB <br><br> ORDER DISMISSING FIRST SUPERSEDING INDICTMENT ONLY AS TO DEFENDANT JAYLEEN FEUSIER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) [236] |

Upon application of the government pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court HEREBY ORDERS that the First Superseding Indictment filed in this matter be dismissed only as to defendant JAYLEEN FEUSIER. The dismissal is effective as to only defendant JAYLEEN FEUSIER.

Dated: August 19, 2024

STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE